# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-421
Lower Tribunal No. F95-5734A

————————

**Gerardo Plaza,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Gerardo Plaza, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.